[No. 10606–6–I.   Division One.   January 31, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. HECTOR JOSE BELMAREZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–00929–4, Horton Smith, J., entered August 3, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Corbett, JJ.

[No. 10348–2–I.   Division One.   January 31, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY E. BLAKE, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 80–1–00338–3, Byron L. Swedberg, J., entered May 14, 1981. *Affirmed in part* and *remanded* by unpublished opinion per Williams, J., concurred in by Swanson and Corbett, JJ.